UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLY METHELUS, ROSALBA ORTIZ,
ZOILA LORENZO, ANGE MARIE
JOSEPH, EMILE ANTOINE and
LUCENIE HILAIRE DUROSIER, on
behalf of Y.M., a minor, on behalf of
themselves and all others similarly
situated

        Plaintiffs,

v.                                        Case No: 2:16-cv-379-FtM-38MRM

THE SCHOOL BOARD OF COLLIER
COUNTY, FLORIDA and KAMELA
PATTON,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiffs' Motion for Status Conference (Doc. #46) filed on November 15, 2016. Defendants filed a Notice of Intent to Respond to Motion for Miscellaneous Relief (Doc. #48) on November 22, 2016. For the reasons that follow, the Court will deny Plaintiffs' motion.

The Court held a preliminary pretrial conference in July 2015, but a case management and scheduling order was not issued due to class discovery matters. In addition, Defendants filed a motion to dismiss the Amended Complaint (Doc. #37), to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

which the United States filed a Statement of Interest (Doc. #38).  Defendants have until December 5, 2016 to respond to the Government's statement (Doc. #46; Doc. #47), and Plaintiffs anticipate moving for leave to respond to Defendant's submission.  (Doc. #46 at ¶ 7).

Plaintiffs now move for a status conference to clarify applicable deadlines in this case.  Given the status of the pending motions, the Court denies as premature Plaintiffs' request.  Once the Court resolves the motions, Plaintiffs may renew their motion for a status conference.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion for Status Conference (Doc. #46) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of November 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record