UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLY METHELUS, ROSALBA ORTIZ,
ZOILA LORENZO, MARIA ANGE
JOSEPH, EMILE ANTOINE, LUCENIE
HILAIRE DUROSIER, MARTA ALONSO
and WAYBERT NICOLAS, on behalf of
Y.M., a minor, on behalf of themselves and
all others similarly situated

    Plaintiffs,

v.                                        Case No:   2:16-cv-379-FtM-38MRM

THE SCHOOL BOARD OF COLLIER
COUNTY, FLORIDA and KAMELA
PATTON,

    Defendants.
_____/

## ORDER

Pending before the Court is the Unopposed Motion to Appear Pro Hac Vice (Doc. 77) filed on May 8, 2017. Gillian B. Gillers requests that she be permitted to appear specially for Plaintiffs. The Court will allow Gillian B. Gillers to appear specially, subject to the conditions set forth below.

**IT IS HEREBY ORDERED:**

1) The Unopposed Motion to Appear Pro Hac Vice (Doc. 77) is hereby **GRANTED**.

2) Unless already completed, **within fourteen (14) days** from the date of this Order, Attorney Gillian B. Gillers shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

3)	Attorney Gillian B. Gillers failed to provide the requisite contact information in the Unopposed Motion to Appear *Pro Hac Vice* (Doc. 77).  Thus, the Clerk of Court is unable to add Ms. Gillers to the service list at this time.  Accordingly, attorney Gillian B. Gillers shall file a Notice of Appearance that contains her contact information **within five (5) days** from the date of this Order.  Failure to do so will result in Ms. Gillers' *pro hac vice* status being revoked without further notice.

4)	**Within fourteen (14) days** from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on May 9, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties