UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMILE ANTOINE, on behalf of N.A., a
minor, LUCENIE HILAIRE DUROSIER,
on behalf of T.J.H., a minor, and
MARTA ALONSO, as next friend on
behalf of I.A, a minor, and all on behalf
of themselves and all others similarly
situated

        Plaintiffs,

v.                                                      Case No: 2:16-cv-379-FtM-38MRM

THE SCHOOL BOARD OF COLLIER
COUNTY, FLORIDA and KAMELA
PATTON,

        Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiffs N.A. and T.J.H.'s Unopposed Amended Motion to Substitute Parties. (Doc. 109). They seek leave to proceed in their own names as party Plaintiffs, rather than through their parents, now that they have reached the age of majority. Upon review of the applicable law and rules, and because Defendants do not oppose the relief requested, the Court grants the motion to substitute parties.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs N.A. and T.J.H.'s Unopposed Amended Motion to Substitute Parties (Doc. 109) is **GRANTED**.

(2) Because N.A. and T.J.H. are substituted as named Plaintiffs, the case caption must be amended to reflect the substitution of "Nehemy Antoine" for "Emile Antoine, on behalf of N.A., a minor," and "Techeler Junior Hilaire" for Lucenie Hilaire Duroiser, on behalf of T.J.H., a minor."

(3) Plaintiffs N.A. and T.J.H.'s Motion to Substitute Parties (Doc. 107) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of August, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record