**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| NEHEMY ANTOINE, and MARTA ALONZO, on behalf of I.A., a minor; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE SCHOOL BOARD OF COLLIER COUNTY, FLORIDA and KAMELA PATTON, Superintendent of Collier County Public Schools, in her official capacity, <br><br> Defendants. | Case No. 2:16-cv-00379-SPC-MRM |

**EXHIBIT INDEX**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Letter from M. Lapointe to J. Fox, Oct. 30, 2017 |
| B | Pls.' First Set of Requests for Production, Oct. 24, 2016 |
| C | Defs.' Responses to Pls.' First Set of Requests for Production, Dec. 20, 2016 |
| D | Letter from M. Lapointe to J. Fox, May 4, 2017 |
| E | Letter from J. Fox to M. Lapointe, May 19, 2017 |
| F | Letter from M. Lapointe to J. Fox, July 24, 2017 |
| G | Pls.' Second Requests for Production, July 3, 2017 |
| H | Defs.' Response to Pls.' Second Requests for Production, Aug. 31, 2017 |
| I | Pls.' First Set of Interrogatories, Feb. 24, 2017 |
| J | Defs.' Response to Pls.' First Set of Interrogatories, May 3, 2017 |
| K | Letter from J. Zagier Wallace to J. Fox and J. Fishbane, June 30, 2017 |
| L | Sample from Defs.' Resp. to RFP No. 11 |
| M | Email from J. Antonacci to J. Fox, May 23, 2017 (CCPS 8889) |
| N | Sample from Defs.' Resp. to RFP No. 15 |
| O | Sample from Defs.' Resp. to RFP No. 20 |
| P | Sample from Defs.' Resp. to RFP No. 22 |
| Q | Sample from Defs.' Resp. to RFP No. 29 |
| R | Rule 30(b)(6) Deposition of John Antonacci, Aug. 3, 2017 (excerpts) |
| S | Sample of Defs.' Resp. to RFP No. 33 |

| | |
|---|---|
| T | Sample of Defs.' Resp. to RFP No. 41 |
| U | Deposition of Luis Solano, Sept. 29, 2017 (excerpts) |
| V | Second Amended Notice of Rule 30(b)(6) Deposition |
| W | Email from J. Fox to M. Lapointe, May 3, 2017 |