# EXHIBIT B

Pls.' First Set of
Requests for Production,
Oct. 24, 2016

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | | |
|---|---|---|
| LESLY METHELUS, on behalf of Y.M., a minor; ROSALBA ORTIZ, on behalf of G.O., a minor; ZOILA LORENZO, on behalf of M.D., a minor; MARIE ANGE JOSEPH, on behalf of K.V., a minor; EMILE ANTOINE, on behalf of N.A., a minor; LUCENIE HILAIRE DUROSIER, on behalf of T.J.H., a minor; on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | Civil Case No. |
| | ) | 2:16-cv-00379-SPC-MRM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | |
| THE SCHOOL BOARD OF COLLIER COUNTY, FLORIDA, and KAMELA PATTON, Superintendent of Collier County Public Schools, in her official capacity, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS COLLIER COUNTY SCHOOL BOARD AND KAMELA PATTON**

In accordance with Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, request that Defendants the School Board of Collier County, Florida and Superintendent Kamela Patton produce the following documents, records, and things for inspection and copying within thirty (30) days of service of these requests at the offices of the Southern Poverty Law Center, 4770 Biscayne Boulevard, Suite 760, Miami, FL 33137.

In accordance with the provisions of Rule 34(b), Plaintiffs request that Defendant organize and label these documents, records and data to correspond with the categories in this request. Defendant should produce all documents and things requested below which are in its custody, possession or control, as well as those in the possession, custody or control of its agents,

1

co-workers, partners, officers, directors, employees, joint ventures, bookkeepers, accountants,

attorneys, and all others from whom Defendant may freely secure these documents and things.

      If the Defendant objects to fully identifying a document or oral communication because

of a privilege, it shall describe the nature of the documents, communications, or things not

produced or disclosed in a manner that, without revealing information itself privileged or

protected, will enable the Plaintiffs to assess the applicability of the privilege or protection

claimed.

      The Defendant is obligated to supplement or correct its response under the circumstances

specified in Federal Rule of Civil Procedure 26(e).

## DEFINITIONS AND INSTRUCTIONS

      1.     The word "document" includes all "writings," "recordings," and "photographs,"

as those terms are defined in Federal Rule of Evidence 1001, and should be construed in the

broadest sense permissible. Accordingly, "document" includes, but is not limited to, all written,

printed, recorded or graphic material, photographic matter, sound reproductions, or other

retrievable data (whether recorded, taped, or coded electrostatically, electromagnectically,

optically or otherwise on hard drive, compact disk, primary or backup tape, audio tape, video

tape, or DVD) from whatever source derived and however and by whomever prepared, produced,

reproduced, disseminated, or made. Without limiting the generality of the foregoing, "document"

includes the original and any non-identical copy and also every draft and proposed draft of all

correspondence, internal memoranda, facsimiles, electronic mail, reports, transcripts of telephone

conversations, diaries, notebooks, minutes, notes, tests, reports, analyses, studies, testimony,

speeches, worksheets, maps, charts, diagrams, computer printouts, online profiles, postings,

messages (including, without limitation, tweets, replies, retweets, direct messages, status

updates, wall comments, groups joined, activity streams, and blog entries), and other writings or materials of any nature whatsoever, whether or not divulged to other parties, together with any attachments thereto and enclosures therewith. In addition, the word "document" encompasses all forms and manifestations of electronically or optically coded, stored, and/or retrievable information, including but not limited to "e-mail," "voice mail," digital images and graphics, digital or analog audiotapes and files, and digital or analog videotapes and files.

2.      "You" or "your" refers to Defendants the School Board of Collier County (Florida), Superintendent Kamela Patton, and/or any associated corporate entities, as well as any employees, officers, supervisees, directors, partners, agents, apparent agents, accountants, attorneys, and all other "persons" acting for them or purporting to represent it or to act on their behalf.

3.      "The District" refers to the School District of Collier County, Florida.

4.      "ELL" refers to "English Language Learner(s)" and is synonymous with the term "English Learner(s)" ("ELs") and "Limited English Proficient" ("LEP").

5.      "ESOL" refers to English for Speakers of Other Languages and is synonymous with "ESL" ("English as a Second Language").

6.      The words "relate to" or "relating to" mean: pertains to, reflects, reflecting, tends to reflect, refers to, touches on, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, and/or corroborates.

7.      The singular shall include the plural and vice versa, the terms "and" or "or" shall be both conjunctive and disjunctive, and the term "including" means "including without limitation."

3

8.      You must produce the requested documents as they are kept in the usual course of business or you must organize and label them to correspond with the categories in this request. Electronically stored information must be produced in its native format, without alterations of any kind.

9.      In response to these requests for production of documents, you are to furnish such documents as are available to you and any to which you have access and any that are currently in your possession or that of any agent, servant, or employee, included but not limited to contractors, attorneys, and individual school employees.

10.     If any requested document was but is no longer in your custody or possession or subject to your control, state whether it (a) is missing or lost, (b) has been destroyed, or (c) has been otherwise disposed of. In each such instance, explain the circumstances surrounding such disposition and state the date or approximate date thereof. If the documents are unavailable because they have been destroyed, state further the identity of the person who ordered them destroyed and/or who destroyed them together with the reason for their destruction.

11.     If any documents are withheld from production on the basis of a claim of privilege, exemption from discovery, or other objection, please furnish the following information for each such document:

  a.   description of the document (e.g., letter, deed, memorandum, computer data file, etc.), including its title if it has any;

  b.   date(s) the document was generated or created;

  c.   name, address, and telephone number of the author(s) of the document;

  d.   name, address, and telephone number of any indicated recipient(s) of the document;

e.   name, address, and telephone number of every person to whom the document

has ever been disclosed, and the date(s) and circumstances of each such

disclosure;

f.   subject matter of the document;

g.   name, address, telephone number, and position of the person(s) who have

custody or control over the document;

h.   number of pages comprising the document;

i.   any associated or attached documents, and

j.   basis for claiming privilege or exemption from discovery.

12.   Versions of a "document" in different languages or formats are different

documents and must be separately produced.

## DOCUMENTS TO BE PRODUCED

### REQUEST FOR PRODUCTION NO. 1

Please produce all documents (including but not limited to e-mails), relating to the following students: Youdens Methelus, Gerson Ortiz, Magnolio Domingo, Nehemy Antoine, Techeler Junior Hilaire, and Kenlove Victor.

### REQUEST FOR PRODUCTION NO. 2

Please produce all documents (including but not limited to e-mails) relating to policies and procedures for high school enrollment, including but not limited to enrollment/registration forms and packets for students seeking enrollment in the District's public schools serving grades 9-12, from 2011 to the present.

### REQUEST FOR PRODUCTION NO. 3

Please produce all documents (including but not limited to e-mails) related to the development, amendment, promulgation, and dissemination of the policies or procedures referenced in Request for Production #2.

**REQUEST FOR PRODUCTION NO. 4**

Please produce all documents (including but not limited to e-mails) relating to the policies and/or practices for school enrollment of individuals ages 15 and older, including but not limited to correspondence to or from District staff members, guidance memoranda, school staff communications, meeting minutes and notes, and training and workshop materials, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 5**

Please produce all documents (including but not limited to e-mails) from 2011 to the present relating to enrollment or education of teenage students with interrupted or limited formal education (SLIFE), including but not limited to correspondence to or from District staff members, guidance memoranda, school staff communications, meeting minutes and notes, list serv communications, and training and workshop materials.

**REQUEST FOR PRODUCTION NO. 6**

Please produce all documents related to your policies and procedures from 2011 to the present for obtaining transcripts or other student academic records from school districts:
- Within the United States; and
- Outside the United States.

**REQUEST FOR PRODUCTION NO. 7**

Please produce all documents from 2011 to the present relating to how you and your employees determine the equivalent U.S. grade levels for students presenting academic credentials from non-U.S. schools.

**REQUEST FOR PRODUCTION NO. 8**

Please produce all documents identifying by student demographic characteristics (age, gender, race, ethnicity, country of birth, national origin, and English Language Learner (ELL) status) individuals enrolled for the first time in each District school serving grades 9-12, from 2011 to the present, disaggregated by who have come from:
- Other Florida counties;
- U.S. states other than Florida; and
- Foreign countries.

**REQUEST FOR PRODUCTION NO. 9**

Please produce all documents identifying by student student demographic characteristics (age, gender, race, ethnicity, country of birth, national origin, and ELL status), all individuals who attempted but were denied enrollment in each District school serving grades 9-12, from 2011 to the present, and the reason(s) for denial, disaggregated by those who have come from:
- Other Florida counties;

6

- U.S. states other than Florida; and
- Foreign countries.

**REQUEST FOR PRODUCTION NO. 10**

Please produce all documents (including but not limited to e-mails) concerning any denials of enrollment or requests for reconsideration/ appeals of enrollment denials of foreign-born individuals in any District school serving grades 9-12, from 2011 to the present, including but not limited to communications to, from, or pertaining to:

- Catholic Charities;
- Michael Scanlan
- Daisy Duran
- Legal Aid Service of Collier County
- Gordon Morgan;
- Najila Morgan;
- Adalia Morgan; and
- Employees of the Florida Department of Education.

**REQUEST FOR PRODUCTION NO. 11**

Please produce all documents reflecting the number of ELL students enrolled at District high schools by school, race, ethnicity, national origin, age, ELL status, and English proficiency level (newcomer, intermediate, advanced) from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 12**

Please produce all documents relating to policies and procedures for evaluation and placement of ELL students from 2011 to the present at all District schools serving grades 9-12.

**REQUEST FOR PRODUCTION NO. 13**

Please produce the District's home language survey used from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 14**

Please produce all documents reflecting the curricular content of the English for Speakers of Other Languages (ESOL) program provided to ELL students at District high schools, including program differentiation for newcomer, intermediate, and advanced English proficiency levels from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 15**

Please produce all data reflecting the performance of students enrolled in District high school ESOL programs on English language writing, speaking, listening, and reading proficiency assessments by student race, ethnicity, national origin, age, and ELL status and level (newcomer, intermediate, advanced), from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 16**

Please produce all data reflecting the monitoring of students exited from the District's high school ESOL programs by location, including student race, ethnicity, national origin, age, and ELL status and level (newcomer, intermediate, advanced), from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 17**

Please produce all documents reflecting high school graduation requirements for students enrolled in District public high schools, including grade point average (GPA), number of credits, and any state assessment score requirements, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 18**

Please produce all documents relating to the District's Student Progression Plans in effect for the following school years: 2011-12, 2012-13, 2013-14, 2014-15, 2015-16, and 2016-17.

**REQUEST FOR PRODUCTION NO. 19**

Please produce all documents showing student performance on standardized assessments in reading, writing or mathematics, or for any end of course ("EOC") assessments, including in Algebra I, Geometry, Algebra II, Biology I, United States History, and Civics; in each District school serving grades 9-12, by age, gender, race, ethnicity, national origin, and ELL status, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 20**

Please produce all documents showing, by age, gender, race, ethnicity, national origin, and ELL status from 2011 to the present:

- the number of students retained by grade; and
- the number of overage students by grade;

**REQUEST FOR PRODUCTION NO. 21**

Please produce all documents reflecting the number of students withdrawn from each District high school, by age, race, national origin, ethnicity, ELL status, and reason(s) for withdrawal, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 22**

Please produce all documents reflecting all individuals by age, gender, race, ethnicity, national origin, and ELL status, who have filed a formal declaration of intent to terminate school enrollment with the school board from 2011 to the present, for each District school.

**REQUEST FOR PRODUCTION NO. 23**

Please produce all documents relating to Collier County School Board Policy 5112.01 from 2011 to the present, including drafts, meeting minutes, notes, communications to and from District and school staff (including but not limited to e-mails), bulletins, memoranda, and all other documents related to the development, promulgation, adoption, application, interpretation, and content of this policy.

**REQUEST FOR PRODUCTION NO. 24**

Please produce all documents reflecting policies and procedures for identification, evaluation, and placement of students not on track for graduation pursuant to School Board Policy 5112.01.

**REQUEST FOR PRODUCTION NO. 25**

Please produce all documents listing or describing the individuals denied enrollment at District high schools pursuant to School Board Policy 5112.01 by school, age, race, ethnicity, national origin, and ELL status, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 26**

Please produce all documents reflecting the number of students described in Request for Production No. 21 who were withdrawn from school pursuant to School Board Policy 5112.01 by school, age, race, ethnicity, national origin, and ELL status, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 27**

Please produce all documents reflecting the number of students described in Request for Production No. 21 who enrolled in the District's Adult High School, Technical Career or Vocational Programs, Adult ESOL, or GED programs, by sending school, receiving program, age, race, ethnicity, national origin, and ELL status, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 28**

Please produce all documents reflecting policies and practices from 2011 to the present for referring individuals ages 15 and over (including both current and prospective high school students) to:

- Adult ESOL;
- Technical Colleges (including but not limited to Immokalee Technical College (iTech) and Lorenzo Walker Technical College (iTech) or career/vocational programs;
- Adult high school; and
- Florida virtual school.

**REQUEST FOR PRODUCTION NO. 29**

Please produce all documents listing or describing individuals enrolled in following programs of the District from 2011 to the present, by school, age, race, ethnicity, national origin, and ELL status:

- Adult ESOL;
- GED preparation;
- Adult basic education; and
- Adult high school.

**REQUEST FOR PRODUCTION NO. 30**

Please produce all documents reflecting the courses of study, curricula, hours, and locations for: District programs from 2011 to the present for:

- Adult ESOL;
- GED preparation;
- Adult basic education; and
- Adult high school.

**REQUEST FOR PRODUCTION NO. 31**

Please produce all documents relating to policies and procedures for Adult ESOL enrollment, including registration and/or enrollment forms and packets for individuals seeking enrollment in Adult ESOL programs made available by the District, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 32**

Please produce all documents relating to the criteria for evaluation and assessment of English language writing, speaking, listening, and reading proficiency for students enrolled in Adult ESOL programs, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 33**

Please produce all data reflecting the performance of students enrolled in Adult ESOL programs on English language writing, speaking, listening, and reading proficiency assessments, by location, including student race, ethnicity, national origin, age, and ELL status and level (newcomer, intermediate, advanced), from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 34**

Please produce all data reflecting the monitoring of students exited from the District's Adult ESOL programs by location, including student race, ethnicity, national origin, age, and ELL status and level (newcomer, intermediate, advanced), from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 35**

Please produce all documents reflecting the credits toward a high school diploma that may be earned through District Adult ESOL Programs, from 2011 to present.

**REQUEST FOR PRODUCTION NO. 36**

Please produce all data pertaining to individuals who transferred from District Adult Educational programs (including Adult ESOL, GED programs, and any technical/vocational programs) into District high schools, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 37**

Please produce all data listing or describing individuals enrolled in District Adult Educational programs (including Adult ESOL, GED programs, and any technical/vocational programs) who earned standard District high school diplomas, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 38**

Please produce all data showing the individuals who enrolled in both Adult ESOL and other instructional programs offered by the District by school, age, race, ethnicity, national origin, ELL status, and county of origin, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 39**

Please produce all documents listing or describing fees charged for participation in the Adult ESOL, GED, and any technical/vocational programs offered by the District, including but not limited to fees for enrollment, student identification cards, books, and any other required materials, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 40**

Please produce all documents relating to the name(s), title(s), dates of employment, qualifications, certificates, certifications, and other credentials, including foreign language proficiencies, for:

- Superintendent Kamela Patton;
- The District coordinator for ELL services from 2011 to the present;
- The District ELL compliance specialist from 2011 to the present;
- Christy Kutz;
- ESOL instructors or paraprofessionals at all District schools serving grades 9-12 from 2011 to the present;
- Principals and front desk staff at all District schools serving grades 9-12 from 2011 to the present;
- Past principals and front desk staff at iTech and Lorenzo Walker, or any other District technical college, from 2011 to the present;

11

- Adult ESOL instructors or paraprofessionals at iTech and Lorenzo Walker, or any other Adult Education center or District technical college, from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 41

Please produce all documents reflecting data showing the number of students enrolled in high school and enrolled in credit recovery programs, by school, by race, ethnicity, national origin, and ELL status, from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 42

Please produce all documents reflecting a sample schedule reflecting courses available for incoming ELL ninth, tenth, eleventh, and twelfth graders seeking enrollment in the District's public schools.

## REQUEST FOR PRODUCTION NO. 43

Please produce all documents reflecting opportunities for free tutoring, mentoring, and other enrichment opportunities available to ELL students in every District high school, from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 44

Please produce all documents reflecting opportunities for free tutoring, mentoring, and other enrichment opportunities available to students enrolled in the District's Adult ESOL programs, from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 45

Please produce all documents relating to extra-curricular activities; credit-bearing elective courses; honors or gifted programming; credit-bearing Career Technical Education (CTE) programming; and athletics sports programs offered at all District high schools, from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 46

Please produce all documents relating to extra-curricular activities; credit-bearing elective courses; honors or gifted programming; credit-bearing Career Technical Education (CTE) programming; and athletics sports programs offered at iTech, Lorenzo Walker, and any other Technical Colleges or Adult Education Centers operated by the District from 2011 to the present.

## REQUEST FOR PRODUCTION NO. 47

Please produce all documents describing codes or coding categories used in any of the documents produced pursuant to the foregoing requests.

**REQUEST FOR PRODUCTION NO. 48**

Please produce all documents relating to any federal, state, or local government agency or law enforcement investigation(s) directed at you from 2011 to the present, related to compliance with civil rights and/or anti-discrimination laws or the federal or state constitutions.

**REQUEST FOR PRODUCTION NO. 49**

Please produce all documents pertaining to any current or past complaints, charges, investigations, lawsuits, or claims that have been directed at you in which the complaining or charging party or parties alleged unfair or discriminatory treatment and/or violations of civil rights laws or the federal or state constitutions, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 50**

Please produce all documents pertaining to the practices and policies of the District related to compliance with federal, state, and local laws related to discrimination based on race, alienage, national origin, and ELL/LEP status, from 2011 to the present.

**REQUEST FOR PRODUCTION NO. 51**

Please produce copies of all documents that address your policies or practices related to recordkeeping, document retention, and document destruction.

**REQUEST FOR PRODUCTION NO. 52**

Please produce all documents upon which you have relied in preparing your Initial Disclosures or to which you referred in your Initial Disclosures in this case.

**REQUEST FOR PRODUCTION NO. 53**

Please produce all documents that you contend support your defense of this action.

**REQUEST FOR PRODUCTION NO. 54**

Please produce all non-privileged documents, including electronic mail and other electronic records, which refer to, reflect, or in any way relate to this lawsuit and/or the substances of the claims or defenses raised in this lawsuit.

Respectfully submitted,

Michelle R. Lapointe*
GA Bar No. 007080
Southern Poverty Law Center

13

1989 College Avenue NE
Atlanta, GA 30317
T: 404.521.6700
F: 404.221.5857
Michelle.Lapointe@splcenter.org
*Admitted Pro Hac Vice*

Jessica Zagier Wallace
Fla. Bar. No. 956171
Southern Poverty Law Center
4770 Biscayne Blvd., Ste. 760
Miami, Florida  33137
T: 786.347.2056
F: 786.237.2949
Jessica.Wallace@splcenter.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this 24th day of October, 2016, sent via e-mail and First Class U.S. mail a copy of the foregoing to the following:

James D. Fox
Roetzel & Andress, LPA
850 Park Shore Drive
Trianon Centre – Third Floor
Naples, Florida  34103
T: 239.649.2705
F: 239.261.3659
jfox@ralaw.com

Jon Fishbane
District General Counsel
Collier County School District
5775 Osceola Trail
Naples, Florida  34109
T: 239.377.0499
F: 239.377.0501
fishbj@collierschools.com