# EXHIBIT I

Pls.' First Set of Interrogatories
Feb. 24, 2017

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| LESLY METHELUS, on behalf of Y.M., a minor; ROSALBA ORTIZ, on behalf of G.O., a minor; ZOILA LORENZO, on behalf of M.D., a minor; MARIE ANGE JOSEPH, on behalf of K.V., a minor; EMILE ANTOINE, on behalf of N.A., a minor; LUCENIE HILAIRE DUROSIER, on behalf of T.J.H., a minor; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE SCHOOL BOARD OF COLLIER COUNTY, FLORIDA, and KAMELA PATTON, Superintendent of Collier County Public Schools, in her official capacity,<br><br>    Defendants. | Civil Case No.<br>2:16-cv-00379-SPC-MRM |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS
THE SCHOOL BOARD OF COLLIER COUNTY, FLORIDA AND KAMELA PATTON**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs, through undersigned counsel, propound the following Interrogatories upon Defendants School Board of Collier County, Florida ("Collier County School Board") and Kamela Patton, Superintendent of Collier County Public Schools, in her official capacity, and request that they be answered separately, fully, in writing, and under oath within thirty (30) days of the date of service. Fed. R. Civ. P. 33(b). Responses should be served upon counsel of record for Plaintiffs at the Southern Poverty Law Center, 4770 Biscayne Boulevard, Suite 760, Miami, FL 33137.

These interrogatories are continuing, and you are hereby requested and instructed to provide any and all supplemental information in response to any of these interrogatories that may

1

become available after service of your initial answers.

## DEFINITIONS

As used in these Interrogatories, the following terms have the following meanings:

1. "Plaintiffs" shall mean Lesly Methelus (on behalf of Y.M., a minor), Rosalba Ortiz (on behalf of G.O, a minor), Zoila Lorenzo (on behalf of M.D., a minor), Marie Ange Joseph (on behalf of K.V., a minor), Emile Antoine (on behalf of N.A., a minor), Lucenie Hilaire Durosier (on behalf of T.J.H. a minor), and all others similarly situated.

2. "Defendants" shall mean the School Board of Collier County, Florida ("Collier County School Board") and Superintendent Kamela Patton, and/or any associated corporate entities, as well as any employees, officers, supervisees, directors, partners, agents, apparent agents, accountants, attorneys, and all other "persons" acting for them or purporting to represent it or to act on their behalf.

3. "You" or "your" refers to Defendants the Collier County School Board and Superintendent Kamela Patton.

4. The terms "School District of Collier County," "Collier County School District," and "The District" shall be synonymous with each other and with the Collier County School Board.

5. Except where noted below, the term "identify" means to state the person's full name and all known contact information, including regular mail addresses, email addresses, and telephone numbers.

6. The words "relate to" or "relating to" mean: pertains to, reflects, reflecting, tends to reflect, refers to, touches on, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, and/or corroborates.

7. The term "Plaintiffs' Complaint" refers to the Amended Complaint filed in this action and any subsequent complaints filed by Plaintiffs hereafter.

8. The term "ELL" shall mean "English Language Learner" and shall be synonymous with the terms "EL" ("English Learner") and "LEP" ("Limited English Proficient").

9. The term "ESOL" shall mean "English for Speakers of Other Languages" and shall be synonymous with the term "ESL" ("English as a Second Language").

10. The term "electronic information system" shall mean any method of electronically storing, containing, creating, generating, managing, copying, converting, providing access, sending, receiving, communicating, transmitting, manipulating, using, handling, destroying, altering, or deleting electronic records and other information.

11. The singular shall include the plural and vice versa, the terms "and" or "or" shall be both conjunctive and disjunctive, and the term "including" means "including without limitation."

12. The word "document" includes all "writings," "recordings," and "photographs," as those terms are defined in Federal Rule of Evidence 1001, and should be construed in the broadest sense permissible. Accordingly, "document" includes, but is not limited to, all written, printed, recorded or graphic material, photographic matter, sound reproductions, or other retrievable data (whether recorded, taped, or coded electrostatically, electromagnetically, optically or otherwise on hard drive, compact disk, primary or backup tape, audio tape, video tape, or DVD) from whatever source derived and however and by whomever prepared, produced, reproduced, disseminated, or made. Without limiting the generality of the foregoing, "document" includes the original and any non-identical copy and also every draft and proposed draft of all correspondence, internal memoranda, facsimiles, electronic mail, reports, transcripts of telephone

conversations, diaries, notebooks, minutes, notes, tests, reports, analyses, studies, testimony, speeches, worksheets, maps, charts, diagrams, computer printouts, online profiles, postings, messages (including, without limitation, tweets, replies, retweets, direct messages, status updates, wall comments, groups joined, activity streams, and blog entries), and other writings or materials of any nature whatsoever, whether or not divulged to other parties, together with any attachments thereto and enclosures therewith.  In addition, the word "document" encompasses all forms and manifestations of electronically or optically coded, stored, and/or retrievable information, including but not limited to "e-mail," "voice mail," digital images and graphics, digital or analog audiotapes and files, and digital or analog videotapes and files.

## **INSTRUCTIONS**

1. Each interrogatory shall be answered separately and fully in writing under oath. An incomplete or evasive answer is a failure to answer. If you cannot answer any interrogatory in full after exercising due diligence to secure the information to do so, please explicitly so state and answer those remaining parts of the interrogatory which you are able to answer.

2. If an interrogatory is objected to please state the reason(s) for the objection and answer the interrogatory to the extent it is not objectionable.

3. These interrogatories shall be deemed continuing so as to require supplemental responses if the Defendants obtain further information after the time of responding to these interrogatories.

4. In answering these interrogatories, please furnish all information in the possession of your agents, co-workers, partners, officers, directors, employees, attorneys, and all others from whom you may freely obtain it.

# INTERROGATORIES

### Interrogatory No. 1

Please identify all individuals overseeing, directing, assisting with, or otherwise participating in enrollment of students at each of the District high schools from 2011 to the present by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

### Interrogatory No. 2

Please identify all individuals overseeing, directing, assisting with, or otherwise participating in the withdrawal of students from District high schools pursuant to Collier County School Board Policy 5112.01 or any similar policy or practice relating to the ability of students to participate in the "regular high school program" on the basis of age or academic achievement from 2011 to the present by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

### Interrogatory No. 3

Please identify all individuals overseeing, directing, assisting with, or otherwise participating in the development, drafting, promulgation, revision, amendment, and/or adoption of policies relating to enrollment of students age fifteen (15) and over, including but not limited to Collier County School Board Policy 5112.01 by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

### Interrogatory No. 4

Please identify all individuals employed by the District who interacted with the Plaintiffs (and the minors on whose behalf Plaintiffs' complaint is brought) with regard to enrollment or attempted enrollment in District schools by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

### Interrogatory No. 5

Please identify all ELL coordinators, specialists, and instructional staff for the District and at each Collier County public high school from 2011 to the present by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the

5

location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

**Interrogatory No. 6**

Please identify all individuals overseeing, directing, assisting with, or otherwise participating in enrollment of students at each of the Adult Education Programs of the District from 2011 to the present by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

**Interrogatory No. 7**

Please identify all Adult ESOL coordinators, specialists, and instructional staff at each of the Adult Education Programs of the District from 2011 to the present.

**Interrogatory No. 8**

Please identify all District employees responsible for compiling, calculating, analyzing, summarizing, and reporting District high school graduation rates.

**Interrogatory No. 9**

Please identify all Parent Liaisons for the District and at each District public high school from 2011 to the present by stating for each: the full name; all current and past regular mail addresses, email addresses, and telephone numbers; the location(s), positions and job responsibilities or duties assigned or performed while employed by the District; the dates of employment in each position; and the current job titles of each individual.

**Interrogatory No. 10**

Please identify all individuals who:

    a) Have been denied enrollment; or
    b) Have been not permitted to remain enrolled

at District high schools pursuant to Collier County School Board Policy 5112.01 or any similar policy or practice relating to the ability of individuals to participate in the "regular high school program" on the basis of age or academic achievement, from 2011 to the present.

**Interrogatory No. 11**

Please identify all individuals aged 15-18 whose country of birth is not the United States, and who attempted to enroll in or attend a District public high school from 2011 to the present, but

were not placed or assigned to or enrolled in any District high school. For each individual identified, explain why s/he was not enrolled, or was not placed/assigned to any District public high school.

**Interrogatory No. 12**

Please identify all individuals aged 15-18 who enrolled in the Adult ESOL programs of the District from 2011 to the present.

**Interrogatory No. 13**

Please identify all outside individuals, organizations, and entities (i.e., non-Collier County School Board employees) who assisted with the development, drafting, promulgation, revision, amendment, and/or adoption of policies relating to enrollment of students age fifteen (15) and older, including but not limited to Collier County School Board Policy 5112.01, by stating for each: the full name, title, employer, and all current and past regular mail addresses, email addresses, and telephone numbers.

**Interrogatory No. 14**

Please identify all individuals who compiled, processed, organized, and created the Microsoft Excel spreadsheet documents produced as part of Defendants' initial disclosures and in response to Plaintiffs' First Requests for Production including, requests numbers 8, 11, 20, 22, 29, 33, and 41.

**Interrogatory No. 15**

Please identify any federal, state, or local government agency investigations, charges, complaints, lawsuits, disciplinary proceedings, or prosecutions related to civil rights and/or anti-discrimination laws or the federal or state constitutions from 2011 to the present involving the Collier County School Board or Superintendent Kamela Patton by stating: the agency or officials involved, all known or believed subjects or targets of the government activities, the description and dates of the government activities, and any resulting findings, settlements, agreements, or other resolutions of the above actions.

**Interrogatory No. 16**

Please describe all measures taken to maintain, preserve, and safeguard against disposal, destruction, or any other damage to any and all documents in your possession or control relating to any allegation made in, or involving any party or potential party to this litigation. Your answer should include any and all affirmative steps taken to ensure and monitor compliance with an appropriate "litigation hold" until discovery in the instant litigation is completed and issues of relevance are determined by the Court, and the date(s) such steps were taken. Your answer should also identify any documents created with respect to this process.

**Interrogatory No. 17**

Please describe the make, model, operating system, each version of each operating system, and period of use, of each electronic information system (including but not limited to databases; programs; messaging systems; structured collections of related data; data warehouses; data registries; geographic information systems; data interchange systems; networks; portable drives; local, remote, and "cloud" servers or services) that you use, or have used between 2011 and the present.

                        Respectfully submitted,

                        */s/ Michelle R. Lapointe*
                        Michelle R. Lapointe*
                        GA Bar No. 007080
                        Southern Poverty Law Center
                        1989 College Avenue NE
                        Atlanta, GA 30317
                        T: 404.521.6700
                        F: 404.221.5857
                        Michelle.Lapointe@splcenter.org
                        * *Admitted Pro Hac Vice*

                        Jessica Zagier Wallace
                        Fla. Bar. No. 956171
                        Southern Poverty Law Center
                        4770 Biscayne Blvd., Ste. 760
                        Miami, Florida 33137
                        T: 786.347.2056
                        F: 786.237.2949
                        Jessica.Wallace@splcenter.org

                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 24th day of February, 2017, sent via e-mail and First Class U.S. mail a copy of the foregoing to the following:

James D. Fox
Roetzel & Andress, LPA
850 Park Shore Drive
Trianon Centre – Third Floor
Naples, Florida  34103
T: 239.649.2705
F: 239.261.3659
jfox@ralaw.com

Jon Fishbane
District General Counsel
Collier County School District
5775 Osceola Trail
Naples, Florida  34109
T: 239.377.0499
F: 239.377.0501
fishbj@collierschools.com