UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NEHEMY ANTOINE and INGRID ALONZO,

      Plaintiffs,

v.                                          Case No.:  2:16-cv-379-FtM-38MRM

THE SCHOOL BOARD OF COLLIER COUNTY, FLORIDA and KAMELA PATTON,

      Defendants.
_____/

## **ORDER**[1]

Before the Court is Defendants School Board of Collier County, Florida and Kamela Patton's Motion for Extension of Time to File Daubert Motion and for Leave to Supplement Expert Report. (Doc. 250). The Court held a status conference on April 8, 2019, at which time it heard arguments from both parties on Defendants' motion. (Doc. 252). After carefully considering the parties' arguments, docket, and applicable law, the Court finds good cause to grant in part Defendants' motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Defendants the School Board of Collier County, Florida and Kamela Patton's Motion for Extension of Time to File Daubert Motion and for Leave to Supplement Expert Report (Doc. 250) is **GRANTED in part**.

    a. The motion is granted to the extent that Defendants' expert, Dr. Ali Saad, may file a supplement to his expert report on or before **April 12, 2019**.

    b. The deadline for both parties to file *Daubert* motions is extended to on or before **April 19, 2019**.

    c. The deadline for dispositive motions is extended to on or before **April 24, 2019**.

(2) Plaintiffs' Motion to Exclude Expert Report and Strike Sur-rebuttal Report of Dr. Ali Saad (Doc. 251) is **DENIED without prejudice**.[2]

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of April 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] Defendants conceded at the status conference that they will withdraw Dr. Saad's sur-rebuttal report dated March 26, 2019, if the Court extends the deadline for that report—which it has now done.