UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NEHEMY ANTOINE and INGRID
ALONZO,

   Plaintiffs,

v.            Case No.:  2:16-cv-379-FtM-38MRM

THE SCHOOL BOARD OF COLLIER
COUNTY, FLORIDA and KAMELA PATTON,

   Defendants.

_____/

## ORDER

   This case is set for the August 2019 trial term. As discussed at the status conference on April 8, 2019, a settlement conference with the non-assigned United States Magistrate Judge may be beneficial in resolving this case before trial.

   Accordingly, it is now **ORDERED:**

(1) This case is **REFERRED** to the United States Magistrate Judge Douglas Frazier to conduct a settlement conference and issue any order deemed appropriate thereafter. All parties must attend the settlement conference as directed by Judge Frazier.

(2) The parties are **DIRECTED** to contact Judge Frazier's Chambers at 239-461-2174 to arrange for a mutually agreeable time for the settlement conference

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of April 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: United States Magistrate Judge Douglas Frazier
   All Parties of Record